IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-01509-LTB

BRIAN EDMOND BATH,

    Plaintiff,

v.

BARBARA BROHL, Personally and Severally, and
JANE AND JOHN DOES, 1-100,

    Defendants.

---

# JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 4, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 4th day of June, 2014.

                                FOR THE COURT,

                                JEFFREY P. COLWELL, Clerk

                                By: s/K Lyons
                                    Deputy Clerk